

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK:TRP
F. #2017R00410

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 13, 2022

**TO BE FILED UNDER SEAL**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: United States v. Michael Hintze
     Criminal Docket No. 17-155 (DLI)

Dear Judge Irizarry:

  The government respectfully submits this letter pursuant to the Court's Order dated May 2, 2022 directing the government to provide a status as to the application to apply forfeiture monies received against the restitution owed in this case.

  The government's restoration/remission application to the Department of Justice's Money Laundering and Asset Recovery Section ("MLARS") is still pending.  Pursuant to its guidelines, MLARS will render its decision after evaluation of all of the victims' petitions in this multiple-defendant case.  My understanding is that a decision should be forthcoming in approximately 60 days.

  Thank you for Your Honor's consideration.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

    By:  /s/ *Tanisha Payne*
          Tanisha R. Payne
          Assistant U.S. Attorney
          (718) 254-6358

cc:  Counsel of Record